[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14393
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 20, 2011
JOHN LEY
CLERK

D.C. Docket No. 5:10-cr-00033-RS-LB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERDIS NEAL BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(May 20, 2011)

Before HULL, PRYOR and ANDERSON, Circuit Judges

PER CURIAM:

Jonathan Dingus, appointed counsel for Herdis Neal Brown in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's convictions and sentences are **AFFIRMED**.